IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VISION BANK,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 11-00089-CG-M |
| | ) |
| **JULE R. HERBERT, JR.,** | ) |
| | ) |
| Defendant. | ) |

**CHARGING ORDER AGAINST
JULE R. HERBERT, JR.**

WHEREAS, upon the Motion of Plaintiff for a Charging Order pursuant to Section10A-5-6.05, <u>Ala. Code</u> (1975), charging the individual financial interests of judgment debtor JULE R. HERBERT, JR., with payment $1,580,482.62, the amount of the Final Judgment rendered by this Court on October 12, 2011, accrued interest thereon, and Costs, and consideration having been given by this Court, and good cause appearing, it is

**ORDERED** that the individual financial interests of JULE R. HERBERT, JR., in Algernon II Land Company, LLC, and Algernon Land Company, LLC (the "Limited Liability Companies"), be charged with payment of the Final Judgment rendered in favor of Plaintiff Vision Bank, accrued interest thereon, and costs, and that said Companies are **ORDERED** to report to the Plaintiff each time a distribution is made with respect to any transferable interest, listing the amount and time of all distributions made at the time or in connection with that

distribution, and distribute to Plaintiff any amounts that become due or distributable to Vision Bank.

    **DONE and ORDERED** this 5th day of April, 2012.

                                                   /s/ Callie V. S. Granade  
                                                 UNITED STATES DISTRICT JUDGE