IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SE PROPERTY HOLDINGS, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 11-0089-CG-M |
| JULE R. HERBERT, JR., | ) |

**ORDER**

This cause is before the court on the plaintiff's Motions for Conditional Judgment Against Garnishees (Docs. 51-54).

The court notes that the Consent Judgment entered on October 11, 2011 (Doc. 24) was entered in favor of plaintiff, Vision Bank, and not SE Property Holdings, LLC. There has been no motion to substitute SE Property Holdings for Vision Bank filed in the action pursuant to Rule 25(c) of the Federal Rules of Civil Procedure. Therefore, the plaintiff's motions for conditional judgment against the garnishees (Docs. 51-54) are **DENIED**, and the Writs of Garnishment issued on April 24, 2014, (Docs. 41,43,45,47) are **VACATED**.

**DONE and ORDERED** this 1st day of July, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE